**Harry Dudley GIBBONS v. UNITED STATES of America.**

No. 2682.

Circuit Court of Appeals, Tenth Circuit.

March 23, 1943.

Walter A. Nelson, of Fort Worth, Tex., for appellant.

George H. West, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

**Charles H. GUYTON, Appellant, v. UNITED STATES of America, Appellee.**

No. 10525.

Circuit Court of Appeals, Fifth Circuit.

April 9, 1943.

Rehearing Denied May 11, 1943.

Mack Taylor, of Fort Worth, Tex., for appellant.

Clyde O. Eastus, U. S. Atty., of Fort Worth, Tex., and Clyde G. Hood, Asst. U. S. Atty., of Dallas, Tex., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

No prejudicial error appears. The evidence authorized the verdict.

Judgment affirmed.

**Ernest S. HANSBERGER v. UNITED STATES of America.**

No. 2721.

Circuit Court of Appeals, Tenth Circuit.

March 31, 1943.

No appearance for appellant.

Charles E. Dierker, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee for failure to prosecute.

**Hosey Earl HOOD, Petitioner, v. UNITED STATES COURT OF APPEALS ST. LOUIS, MO., 8TH CIRCUIT.**

No. 12530.

Circuit Court of Appeals, Eighth Circuit.

Feb. 15, 1943.

Hosey Earle Hood, pro se.

PER CURIAM.

Petition for writ of habeas corpus dismissed for want of jurisdiction in this Court to entertain or to grant the relief sought.

**H. G. HOUSE v. UNITED STATES of America et al.**

No. 2709.

Circuit Court of Appeals, Tenth Circuit.

March 17, 1943.

Gotwals, Killey & Gibson, of Muskogee, Okl., and E. C. Hopper, of Eufaula, Okl., for appellant.

Norman M. Littell, Asst. Atty. Gen., and Charles N. Champion, Asst. U. S. Atty., of Muskogee, Okl., for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellees.